AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 10/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Missouri State Judicial Retirement | $67,966.37 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Lincoln Financial Services | Lincoln MKS debt | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 2.   Transamerica Life Ins. Co. | A | Interest | K | T | | | | | |
| 3.   Savings Acct U.S. Bank | A | Interest | K | T | | | | | |
| 4.   Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | L | T | | | | | |
| 5.   1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 6.   Condominium Lake of the Ozarks, Camden County MO (See VIII) | C | Rent | L | W | | | | | |
| 7.   John Hancock Annuity | C | Dividend | K | T | | | | | |
| 8.   Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 9.   Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | J | T | | | | | |
| 10.  Alcoa Aluminum | A | Dividend | J | T | Buy | 03/31/15 | J | | |
| 11.  Alcoa Aluminum | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 12.  Alcoa Aluminum | A | Dividend | J | T | Buy | 11/16/15 | J | | |
| 13.  Apple | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 14.  AT&T | A | Dividend | J | T | Buy | 03/16/15 | J | | |
| 15.  AT&T | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 16.  Bank of New York Mellon | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 17.  Bank of New York Mellon | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway | A | Dividend | J | T | | | | | |
| 19. CSX | A | Dividend | J | T | | | | | |
| 20. Coca Cola (stock) UBS | A | Dividend | | | Sold | 03/12/15 | J | B | |
| 21. Conoco Phillips (stock) UBS | A | Dividend | J | T | | | | | |
| 22. Express Scripts | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 23. Express Scripts | A | Dividend | J | T | | | | | |
| 24. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 08/25/15 | J | | |
| 25. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 09/15/15 | J | | |
| 26. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 10/13/15 | J | | |
| 27. Ford Motor Company | B | Dividend | J | T | Buy | 11/06/15 | J | | |
| 28. Ford Motor Company | B | Dividend | L | T | | | | | |
| 29. General Electric | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 30. General Electric | A | Dividend | J | T | Buy | 10/13/15 | J | | |
| 31. General Electric | A | Dividend | K | T | | | | | |
| 32. General Motors | A | Dividend | K | T | | | | | |
| 33. Lowes Companies | A | Dividend | | | Sold (part) | 11/12/15 | J | C | |
| 34. Lowes Companies | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 36. National Oilwell Varco (stock) UBS | A | Dividend | J | T | | | | | |
| 37. N O W Inc.com | A | Dividend | J | T | Buy | 05/31/15 | J | | |
| 38. Oracle | A | Dividend | | | Sold | 09/17/15 | J | A | |
| 39. Potash Corp of Saskatchew | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 40. Potash Corp of Saskatchewan | A | Dividend | J | T | | | | | |
| 41. Wells Fargo Company | A | Dividend | J | T | Buy | 09/15/15 | J | | |
| 42. Wells Fargo Company | A | Dividend | K | T | | | | | |
| 43. Weight Watchers | A | Dividend | | | Buy | 02/27/15 | J | | |
| 44. Weight Watchers | A | Dividend | | | Buy (add'l) | 03/26/15 | J | | |
| 45. Weight Watchers | A | Dividend | | | Sold | 10/21/15 | J | C | |
| 46. Weight Watchers | A | Dividend | | | Sold | 11/06/15 | J | C | |
| 47. State Farm Whole Life (64) | A | Dividend | J | T | | | | | |
| 48. State Farm Whole Life (67) | A | Dividend | J | T | | | | | |
| 49. Lincoln Financial Insurance (whole life) | A | Dividend | J | T | | | | | |
| 50. Pemco Income Fund | A | Dividend | K | T | | | | | |
| 51. Bogle Investment Mgt Small Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Dodge and Cox International Fund | A | Dividend | J | T | | | | | |
| 53. Oakmark Fd Class 1 | A | Dividend | K | T | | | | | |
| 54. TCW Total Return Bond Fund | A | Int./Div. | J | T | | | | | |
| 55. Third Avenue Real Estate | A | Dividend | J | T | | | | | |
| 56. Eaton Vance Atlanta Capital SMID Cap Fund (Account R) | A | Dividend | J | T | Buy | 08/08/15 | J | | |
| 57. Eaton Vance Atlanta Capital SMID Cap Fund | B | Dividend | K | T | | | | | |
| 58. Templeton Global Bond Fund | A | Dividend | K | T | | | | | |
| 59. Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 60. Fidelity Advisor New Insights Fund Class C | A | Dividend | J | T | | | | | |
| 61. Franklin Templeton Tax Free Inc. | A | Interest | J | T | | | | | |
| 62. Columbia Flexible Capital Income Fd A | A | Interest | | | Sold | 03/27/15 | J | A | |
| 63. Fidelity Advisor Materials Fd Class A | A | Dividend | J | T | | | | | |
| 64. Oakmark Select | A | Dividend | K | T | | | | | |
| 65. Natixis Oakmark Int'l Fund A | A | Dividend | | | Sold | 01/09/15 | J | A | |
| 66. Mainstay Unconstrained Bond Fund | A | Interest | J | T | | | | | |
| 67. Mairs and Power Growth Fund | A | Dividend | J | T | | | | | |
| 68. American Balanced Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FMI Large Cap Fund | A | Dividend | J | T | | | | | |
| 70. Oakmark International Fund | A | Dividend | J | T | | | | | |
| 71. RS Select Growth Fund | A | Dividend | J | T | | | | | |
| 72. Calvert Global Water Fund AC/A | A | Dividend | | | Sold | 01/09/15 | J | A | |
| 73. Columbia Flexible Capital Fd Class A | A | Dividend | | | Sold | 03/27/15 | J | C | |
| 74. Vanguard Strategic Equity Fund | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 75. Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 76. EuroPacific Fd GWA 529 | A | Dividend | K | T | | | | | |
| 77. American Fund AMCAP GWA 529 | A | Dividend | K | T | | | | | |
| 78. EuroPacific Fd IWM 529 | A | Dividend | K | T | | | | | |
| 79. American Fund AMCAP IWM 529 | A | Dividend | K | T | | | | | |
| 80. Western Asset Managed Muni C | A | Interest | K | T | | | | | |
| 81. Western Asset Short Duration Muni C (S&W 1/2 interest) | A | Interest | J | T | | | | | |
| 82. Legg Mason - Western Asset Managed Muni C (S&W 1/2 interest) | A | Interest | K | T | | | | | |
| 83. American Funds ICAA | A | Dividend | J | T | | | | | |
| 84. American Funds - New Econom | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately thirty-five years ago, I and four other men purchased eighty (80) acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VII:

Shares of Euro Pacific and American Fund AMCAP are purchased monthly for 529 trusts, from January 2015 through December 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 10/18/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544